JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

Attorney for Plaintiffs

Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GARY MAYER, JEANETTE MAYER and CINDY COELHO, | ) ) ) | CASE NO: C08-03117 VRW |
|---|---|---|
| Plaintiffs, | ) ) ) | **STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | ) ) | |
| COUNTY OF ALAMEDA; Alameda County Sheriff's Deputy R. BUCKHOUT; Alameda County Sheriff's Deputy J. WHITE; and DOES 1 - 25, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1  On October 21, 2008, the Clerk issued a notice continuing the Case Management Conference
2 to December 18, 2008 at 3:30 p.m.  Plaintiffs' counsel, John Burris, will be out of the country on
3 December 18, 2008 and therefore unavailable on that date.

5  So that Mr. Burris can appear as lead counsel for plaintiffs, and indicate availability for
6 setting dates for trial, pretrial conference, etc., the parties request that this Court continue the Case
7 Management Conference presently scheduled for December 18, 2008 at 3:30 p.m. to January 29,
8 2009 at 3:30 p.m.

10                                         LAW OFFICES OF JOHN L. BURRIS

13 Dated: October 31, 2008               By: /s/ John L. Burris
14                                              JOHN L. BURRIS
                                                Attorney for Plaintiffs

16                                         HAAPALA, THOMPSON & ABERN, LLP

19 Dated: October 31, 2008               By:    /s/ Clyde A. Thompson
20                                              CLYDE A. THOMPSON
                                                BENJAMIN A. THOMPSON
                                                Attorneys For Defendants

28  2

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____          _____
                                        HONORABLE VAUGHN R. WALKER
                                        CHIEF JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

3