Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, DEPUTY R. BUCKHOUT,
and DEPUTY J. WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GARY MAYER, JEANETTE MAYER and CINDY COELHO, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA; Alameda County Sheriff's Deputy R. BUCKHOUT; Alameda County Sheriff's Deputy J. WHITE; and DOES 1-25, inclusive, <br><br> Defendants. | Case No.: C08-03117 VRW <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTY OF ALAMEDA, DEPUTY R. BUCKHOUT, AND DEPUTY J. WHITE** |

    IT IS HEREBY STIPULATED by and between plaintiffs GARY MAYER, JEANETTE MAYER, and CINDY COELHO, and defendants DEPUTY R. BUCKHOUT and DEPUTY JOHN WHITE, by and through their counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to defendants DEPUTY R. BUCKHOUT and DEPUTY JOHN WHITE for a mutual waiver of costs and attorneys' fees.

    IT IS FURTHER STIPULATED by and between Plaintiffs and Defendant COUNTY OF ALAMEDA, through their designated counsel, that the agreed consideration to settle all claims has been paid to plaintiffs and that the above-captioned action be and hereby is dismissed with prejudice, as to defendant COUNTY OF ALAMEDA pursuant to FRCP 41(a)(2).  The parties

/

/

1

shall be responsible for the payment of their own court costs and attorneys' fees.

Dated: June 24, 2009          LAW OFFICES OF JOHN L. BURRIS

By _____
   John L. Burris
   Attorneys for Plaintiffs

Dated: June 19, 2009          HAAPALA, THOMPSON & ABERN, LLP

By _____
   Clyde A. Thompson
   Attorneys for Defendants
   COUNTY OF ALAMEDA, DEPUTY R.
   BUCKHOUT and DEPUTY JOHN WHITE

### ORDER

The Court having considered the parties' stipulation for dismissal, the entire case is hereby ordered dismissed with prejudice.

Dated: June 30, 2009



IT IS SO ORDERED
Judge Vaughn R Walker

_____
HON. _____ WALKER
United States _____ Judge

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

---

2

*Mayer, et al. v. County of Alameda, et al.*/Case #C08-03117 VRW
Stipulation And [Proposed] Order Of Dismissal With Prejudice Of Defendants County Of Alameda, Deputy R. Buckhout, And Deputy J. White